UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CIARA NORALS, | ) |
| | ) |
| Plaintiff, | ) Case: 1:24-cv-03804 |
| | ) |
| v. | ) |
| | ) |
| THE UNIVERSITY OF | ) |
| | ) |
| CHICAGO MEDICAL | ) |
| | ) |
| CENTER | ) |
| | ) |
| Defendant, | ) |
| | ) |
| | ) |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Ciara Norals ("Plaintiff") and The University of Chicago Medical Center ("Defendant"), hereby notify the Court that the parties have reached settlement and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 60 days.

Dated this 3rd day of February 2025.

                                          */s/ Chad W. Eisenback*
                                        Chad W Eisenback, Esq.
                                        Mohammed Badwan, Esq.
                                        **SULAIMAN LAW GROUP LTD.**
                                        2500 S. Highland Avenue, Suite 200
                                        Lombard, Illinois 60148
                                        Phone (630) 575-8181 ext. 153
                                        Fax (630) 575 – 8188
                                        ceisenback@sulaimanlaw.com
                                        mbadwan@suliamanlaw.com

                                        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of February 2025, a true and correct copy foregoing has been provided electronically via CM/ECF, electronic mail and/or U.S. mail to all parties of record.

*/s/ Chad W. Eisenback*
Chad W. Eisenback, Esq.