**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Ciara Norals

                Plaintiff,

v.                           Case No.: 1:24–cv–03804
                                   Honorable Lindsay C. Jenkins

The University of Chicago Medical Center

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 26, 2025:

    MINUTE entry before the Honorable Lindsay C. Jenkins: The parties confirm the matter has settled and that payment was to be made by March 24, 2025. The matter is dismissed without prejudice. The dismissal will automatically convert to a dismissal with prejudice on April 9, 2025 unless party files a motion to reinstate by that date. The parties are free to file a stipulation of dismissal with prejudice earlier if they wish. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.